IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CRIMINAL MOTION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>v.<br>AMONDO ANTOINE MILLER, TASHENA LAVERA CRUMP, BALLAM HAZEAKIAH DUDLEY, & MONICA SABINA SHARMA-HANSSEN,<br>  Defendants. | **COURT MINUTES**<br>Case Number: 20-232 (JRT/DTS)<br><br>Date:   September 29, 2023<br>Court Reporter:  Kristine Mousseau<br>Courthouse:   Minneapolis<br>Courtroom:    14E<br>Time Commenced:    10:41 a.m.<br>Time Concluded:    1:59 p.m.<br>Time in Court:     3 hours & 10 minutes |

Motion hearing before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

Plaintiff:     Melinda Williams, Harry Jacobs, Matthew Ebert, Garrett Fields
Defendants:   Robin Wolpert, Matt Forsgren, Caitlinrose Fisher, Donald Lewis, Kathleen Curtis,
              Thomas Shiah  ☐ FPD    X CJA    ☐ Retained

| | |
|---|---|
| **Defendant Tashena Crump's Motion for Order to Show Cause [Docket No. 1754]; Joined by Defendant Ballam Dudley [Docket No. 1766]** | **DENIED** |
| **Defendant Amondo Miller's Motion for Order to Show Cause [Docket No. 1755]; Joined by Defendant Ballam Dudley [Docket No. 1766]** | **DENIED** |
| **Plaintiff's Motion for Hearing [Docket No. 1764]** | **GRANTED** |
| **Defendant Tashena Crump's Motion for Order to Show Cause [Docket No. 1754]; Joined by Defendant Ballam Dudley [Docket No. 1766]** | **DENIED** |

**Defendant Monica Sharma-Hanssen's Motion in Limine [Docket No. 1773]**

| | | |
|---|---|---|
| 1 - | Motion to Exclude Seizure Evidence | **DENIED** |
| 2 - | Motion to Prohibit Government Witnesses from Testifying of Their Respective Views | **DENIED** |
| 3 - | Motion to Exclude better Business Bureau (BBB) Complaints; Joined by Defendant Ballam Dudley [Docket No. 1861] | **DENIED** |
| 4 - | Motion to Exclude Real Property Financial Records | **GRANTED** |

| | | |
|---|---|---|
| 5 - | Motion to Admit Evidence of Bias | **GRANTED** |
| 6 - | Motion to Preclude Certain Lay and Expert Testimony | **DENIED** |
| 7 - | Motion to Exclude Privileged Communication | **WITHDRAWN** |
| 8 - | Motion to Prohibit the Government and its Witnesses from Using the Following Terms: "Victims" "Mega Victims" "Sucker List" and "Life Blood of the Industry"; Joined by Defendant Ballam Dudley [Docket No. 1861] | **DENIED in part** |
| **Defendant Tashena Crump's Motion to Sequester Witnesses [Docket No. 1777]; Joined by Defendant Amondo Miller [Docket No. 1805]; Joined by Defendant Ballam Dudley [Docket No. 1861]** | | **GRANTED in part and DENIED in part** |
| **Plaintiff's Motion to Allow Agents in the Courtroom [Docket No. 1778]** | | **GRANTED in part and DENIED in part** |
| **Plaintiff's Motion to Preclude Argument that Following Orders is a Defense to Criminal Charges [Docket No. 1779]** | | **GRANTED** |
| **Plaintiff's Motion to Preclude References to Government's Charging Decisions [Docket No. 1780]** | | **GRANTED** |
| **Plaintiff's Motion to Preclude Reference to Evidence of Defendants' Lawful Behavior [Docket No. 1781]** | | **GRANTED in part** |
| **Plaintiff's Motion to Preclude Reference to Possible Punishment [Docket No. 1782]** | | **GRANTED** |
| **Plaintiff's Motion to Preclude Improper Defenses [Docket No. 1783]** | | **GRANTED in part, DENIED in part, and DEFERRED in part** |
| **Plaintiff's Motion to Admit Co-Conspirator Statements [Docket No. 1784]** | | **DEFERRED** |
| **Defendant Tashena Crump's Motion to Preclude Speculation Evidence as to Her Own Knowledge [Docket No. 1785]** | | **DENIED** |
| **Defendant Tashena Crump's Motion to Preclude Legal Conclusion Evidence [Docket No. 1787]** | | **DENIED** |
| **Defendant Tashena Crump's Motion to Exclude Statements of Alleged Coconspirators [Docket No. 1788]; Joined by Defendant Ballam Dudley [Docket No. 1861]** | | **DEFERRED** |

| | |
|---|---|
| **Defendant Tashena Crump's Motion to Exclude Consumer Complaints [Docket No. 1790]; Joined by Defendant Ballam Dudley [Docket No. 1861]** | **DENIED** |
| **Defendant Tashena Crump's Motion to Preclude Alleged Victim Testimony [Docket No. 1792]; Joined by Defendant Amondo Miller [Docket No. 1805]; Joined by Defendant Ballam Dudley [Docket No. 1861]** | **DENIED** |
| **Defendant Tashena Crump's Motion to Require Specificity as to Case and Defendants [Docket No. 1793]; Joined by Defendant Amondo Miller [Docket No. 1805]; Joined by Defendant Ballam Dudley [Docket No. 1861]** | **GRANTED in part and DENIED in part** |
| **Defendant Ballam Dudley's Motion to Exclude Lay Opinions Regarding His Knowledge and Intent [Docket No. 1794]** | **DENIED** |
| **Defendant Ballam Dudley's Motion to Testimony Regarding "Megan" [Docket No. 1795]** | **DENIED** |
| **Defendant Ballam Dudley's Motion to Restrict Government's Use of Defendant's Prior Criminal History [Docket No. 1796]** | **GRANTED in part and DEFERRED in part** |
| **Defendant Ballam Dudley's Motion to Preclude Rule 404(b) Evidence [Docket No. 1797]** | **GRANTED** |
| **Plaintiff's Motion to Admit Victim-Consumer Complaints [Docket No. 1798]** | **GRANTED in part and DENIED in part** |
| **Defendant Ballam Dudley's Motion to Permit Use of Transcripts [Docket No. 1799]** | **GRANTED** |
| **Defendant Ballam Dudley's Motion for Theory of Defense Instruction [Docket No. 1802]** | **DEFERRED** |
| **Defendant Ballam Dudley's Motion to Deny Government's Request for Willful Blindness Jury Instruction [Docket No. 1804]; Joined by Defendant Amondo Miller [Docket No. 1863]** | **DEFERRED** |
| **Defendant Amondo Miller's Motions in Limine [Docket No. 1806]** | |
|    1 -  To Prohibit Use of the Terms "Victims," "Victim-consumers," or "Megavictims,"; Joined by Defendant Ballam Dudley [Docket No. 1861] | **DENIED** |
|    2 -  Motion to Preclude Legal Conclusion Evidence | **DENIED** |
|    3 -  Motion to Preclude Testimony of Awareness of Fraud | **DENIED** |
|    4 -  Motion to Prohibit Evidence of Prior Criminal Convictions | **GRANTED in part and DEFERRED in part** |

| | | |
|---|---|---|
| 5 - | Motion to Prohibit Evidence of Drug Use; Joined by Defendant Ballam Dudley [Docket No. 1861] | **GRANTED** |
| 6 - | Motion to Prohibit Evidence of Music Career | **GRANTED** |
| 7 - | Motion to Exclude 404(b) Evidence | **GRANTED** |
| 8 - | Motion to Admit Bias and Motive Evidence; Joined by Defendant Ballam Dudley [Docket No. 1861] | **GRANTED** |
| 9 - | Motion to Exclude Better Business Bureau Complaints; Joined by Defendant Ballam Dudley [Docket No. 1861] | **DENIED** |
| 10 | Motion to Exclude Co-Conspirator Statements; Joined by Defendant Ballam Dudley [Docket No. 1861] | **DEFERRED** |
| 11 | Motion to Invoke Marital Communications Privilege | **WITHDRAWN** |
| **Defendant Tashena Crump's for Relief from Failure to Search and Preserve Emails [Docket No. 1811]** | | **DENIED** |
| **Defendant Monica Sharma-Hanssen's Supplemental Motion in Limine [Docket No. 1870]** | | **GRANTED in part and DENIED in part** |
| **Defendant Tashena Crump's Motion to Unseal Document [Docket No. 1871]** | | **GRANTED** |

Other matters:

Defendant Monica Sharma-Hanssen fails to appear.  Government requests a bench warrant – **GRANTED.**

Trial will begin at 8:30 a.m. on Monday, October 9, 2023 in courtroom 14E.

<u>s/Heather Arent</u>
Courtroom Deputy Clerk